1

2                     UNITED STATES DISTRICT COURT

3                     EASTERN DISTRICT OF WASHINGTON

4

5    DAVID SLATER,                      )
                                        )
6              Plaintiff,               )
                                        )        No.  CV-06-366-AMJ
7        vs.                            )
                                        )        **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                 )          **CIVIL CASE**
     Commissioner of Social Security,   )
9                                       )
               Defendant.               )
10                                      )
11   _____)

12   **DECISION BY THE COURT:**

13        This action came to hearing before the court.  The issues have been heard

14   and a decision has been rendered.

15        **IT IS ORDERED AND ADJUDGED that:**

16        **Plaintiff's Motion for Summary Judgment is GRANTED IN PART, and**

17   **the matter is REMANDED pursuant to sentence four of 42 USC § 405(g) for**

18   **further proceedings, which shall include a new determination by the ALJ as**

19   **to whether Plaintiff is entitled to an award of benefits, and Judgment is**

20   **entered for Plaintiff.**

21        DATED this 25th day of September, 2007.

22                                      JAMES R. LARSEN
                                        District Court Executive/Clerk
23

24

25                                      by: ___s/Karen White_____
                                             Karen White, Deputy Clerk
     cc: all counsel
26